UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-1696**

Townsend v. Administrator New Jersey State Prison
(D.N.J. No. 3-19-cv-15157)

To: Clerk

    1) Motion by Appellant for leave to appeal in forma pauperis

---

    The foregoing motion to proceed in forma pauperis is granted. The Court may reconsider in forma pauperis status or request additional information at any time during the course of these proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 14, 2022
Tmm/cc: Walter Townsend
Laura Sunyak, Esq.